IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY BRODZKI                                                                          PLAINTIFF

VS.                                         4:11CV00326 JMM

UNITED STATES OF AMERICA via
THE DEPARTMENT OF JUSTICE                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed.

IT IS SO ORDERED this 25th day of April, 2011.

James M. Moody
United States District Judge